UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTHONY COOKS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-54 |
| | § | |
| EVELYN CASTRO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO TRANSFER CASE TO HOUSTON DIVISION

Pending is plaintiff's motion to transfer this case to the Houston Division (D.E. 34). The District Court may transfer a case for the convenience of parties and witnesses, in the interest of justice, to any district or division where it might have been brought. 28 U.S.C. § 1404.

The events which led to the filing of plaintiff's lawsuit occurred in Bee County, Texas, which is located in the Corpus Christi Division of the Southern District of Texas. The Houston Division is in the Southern District of Texas, and accordingly, a transfer would be permissible. But most of the defendants who were retained in this action are still employed at TDCJ in the Beeville, Texas area. A transfer would be convenient only for plaintiff and not for the defendants. Moreover, plaintiff states he is residing in a halfway house, which is not a permanent placement, and it is unknown where plaintiff

will reside upon his release from the halfway house.  The interests of justice would not be served by a transfer.   The motion (D.E. 34) is denied.

    ORDERED this 25th day of August, 2011.

                                           B. JANICE ELLINGTON
                                           UNITED STATES MAGISTRATE JUDGE