UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTHONY COOKS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-11-54 |
| § | |
| EVELYN CASTRO, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On April 9, 2012, United States Magistrate B. Janice Ellington issued her "Memorandum and Recommendation to Grant Defendants' Motion for Summary Judgment" (D.E. 40). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 40), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, the Defendants' Motion for Summary Judgment (D.E. 39) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

ORDERED this 3rd day of May, 2012.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE